AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

UNITED STATES OF AMERICA,

**APPEARANCE**

-against-

Case Number: 7:08-MJ-00284

FABIO SERAFIM,
                    Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

defendant Fabio Serafim

I certify that I am admitted to practice in this court.

| 4/23/2008 | *signature* |
|---|---|
| Date | Signature |

| Jonathan Marks | JM-9696 |
|---|---|
| Print Name | Bar Number |

220 Fifth Ave, Suite 300
Address

| New York, | NY | 10001 |
|---|---|---|
| City | State | Zip Code |

| (212) 545-8008 | (212) 889-3595 |
|---|---|
| Phone Number | Fax Number |